PROB 12B
ED/AR (8/2002)

# United States District Court
## for the
## Eastern District of Arkansas



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 27 2006

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Jason Michael Rasburry | Case Number: 4:05CR00221-01 JMM |
| Name of Sentencing Judicial Officer: | 4th District Court in the State of Tamaulipas, Nuevo Laredo, Mexico |
| | Jurisdiction accepted in the Eastern District of Arkansas on August 24, 2005 |
| | Honorable James M. Moody<br>United States District Judge |
| Offense: | Attempting to export psychotropics out of the country of Mexico |
| Date of Sentence: | May 19, 2004 |
| Sentence: | 60 months' Bureau of Prisons, 2 years' supervised release, and substance abuse treatment |
| Type of Supervision: Supervised release | Date Supervision Commenced: December 22, 2004<br>Expiration Date: December 21, 2006 |
| Asst. U.S. Attorney: Jana Harris | Defense Attorney: Jerome Kearney |
| U.S. Probation Officer: Gregg H. Jumper<br>Phone No.: 501-604-5262 | |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**Defendant shall serve up to six months at a community confinement center.**

## CAUSE

Mr. Rasburry began his term of supervised release on December 22, 2004. He was placed on code-a-phone urine collection and began drug education classes at Recovery Centers of Arkansas in Little Rock, Arkansas, on January 4, 2005. He successfully completed drug education classes on March 15, 2005. However, a urine specimen collected from Mr. Rasburry on August 17, 2005, was found by Kroll Laboratories to contain methamphetamine metabolite. Mr. Rasburry admitted using methamphetamine on August 16, 2005, and agreed to resume substance abuse treatment through the Family Service Agency in North Little Rock, Arkansas. He began group substance abuse counseling at the Family

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Jason Michael Rasburry        Case Number: 4:05CR00221-01 JMM

Service Agency on August 29, 2005. However, Mr. Rasburry missed group counseling sessions on November 8 and 29, 2005. In addition, a urine specimen collected from Mr. Rasburry on November 30, 2005, was found by Kroll Laboratories to contain cocaine metabolite. He admitted using cocaine on November 28, 2005. Mr. Rasburry also failed to report to the U.S. Probation office for code-a-phone urine collections on December 7 and 14, 2005. On December 19, 2005, a progress report received from Mr. Rasburry's substance abuse counselor at the Family Service Agency indicated he was not responding to group substance abuse counseling and was in need of weekly individual counseling sessions. Finally, a urine specimen collected from Mr. Rasburry on December 20, 2005, was found by Kroll Laboratories to contain cocaine metabolite. Mr. Rasburry admitted using cocaine on December 18, 2005.

It should also be noted that Mr. Rasburry is currently under the investigation of the U.S. Secret Service Agency for suspicion of counterfeiting. The investigation began on July 10, 2005, when Mr. Rasburry's co-defendant in the instant offense, Blakely Wahl, was arrested by Pulaski County, Arkansas, Sheriff deputies and charged with 21 counts of 1st degree forgery. The incident involved the seizure of 21 counterfeit $100 bills from Mr. Wahl's vehicle. On July 13, 2005, Mr. Wahl was interviewed by U.S. Secret Service Agent Glen Smith. Mr. Wahl was read his Miranda rights and provided a written statement to U.S. Secret Service Agent Smith that he received the counterfeit $100 bills from his former co-defendant Jason Rasburry. Mr. Wahl stated that Mr. Rasburry provided him with approximately 21 counterfeit $100 bills, and showed him how he manufactured the counterfeit money on his home computer and scanner. Mr. Rasburry's computer and scanner were seized by U.S. Secret Service Agent Smith, and the case remains under investigation.

Mr. Rasburry's attorney, John Wesley Hall, contacted this officer on December 28, 2005. He had no objection to the above noted modification. On December 29, 2005, Mr. Rasburry signed a Probation Form 49, agreeing to the above noted modification.

_____        _____
Gregg H. Juniper                        Jana Harris
U.S. Probation Officer                  Assistant U.S. Attorney

Date: 2-2-06                            Date: 2-10-06

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

2/21/06
_____
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

c:  Assistant Federal Public Defender, Jerome Kearney, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Mr. Rasburry shall serve up to six months at the City of Faith in Little Rock, Arkansas.**

Witness: _____    Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee

12-29-05
DATE

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF _____VS._____ FOR _____ AT _____

LOCATION NUMBER: ▶

PERSON REPRESENTED (Show your full name) _____

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

DOCKET NUMBERS
- Magistrate
- District Court ▶
- Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☐ No  ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes  ☐ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☐ No
IF YES, GIVE THE VALUE AND $ _____ DESCRIBE IT _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents _____
List persons you actually support and your relationship to them _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT ▶ _____
(OR PERSON REPRESENTED)

(Consulted private Attorney) (John Wesley Hall)